■ MOHAMED HASHEM, Appellant, v MANEMAH FOOD CORP., Respondent. [647 NYS2d 511] —Judgment, Supreme Court, New York County (Helen Freedman, J.), entered July 6, 1995, dismissing the complaint and bringing up for review an order, same court and Justice, entered on or about the same date, which granted defendant's motion for summary judgment, unanimously affirmed, without costs. The appeal from the order is unanimously dismissed, without costs, as subsumed within the appeal from the judgment.

While defendant was required to exercise reasonable care for the protection of patrons on its premises, the unexpected attack on plaintiff by two unidentified assailants at defendant's grocery store is not a situation that defendant could reasonably have anticipated or prevented, even if it had knowledge of similar prior incidents at or near its location (*Davis v City of New York*, 183 AD2d 683; *Lindskog v Southland Rest.*, 160 AD2d 842). Concur—Murphy, P. J., Wallach, Kupferman, Williams and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ARACENA, Appellant. [647 NYS2d 471] —Judgment, Supreme Court, New York County (Alvin Schlesinger, J.), rendered on or about October 26, 1993, convicting defendant, after a jury trial, of assault in the first degree and criminal possession of a weapon in the second and third degrees, and sentencing defendant to concurrent terms of 4 to 12 years, $2^1/2$ to $7^1/2$ years and $1^1/2$ to $4^1/2$ years, respectively, unanimously affirmed.

Defendant's bolstering claim is unpreserved as a matter of law (*People v West*, 56 NY2d 662), and, in any event, without merit, since the officer did not testify that defendant was identified by the victim (*People v Carolina*, 211 AD2d 454, *lv denied* 85 NY2d 860). Defendant's summation challenges are also unpreserved (*People v Dien*, 77 NY2d 885), and we decline to review them in the interest of justice. In any event, we find them lacking in merit. Concur—Murphy, P. J., Wallach, Kupferman, Williams and Mazzarelli, JJ.